# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Gerald Charles deLaunay
Attorney at Law
P. O. Box 53597
Lafayette LA 70505-2594

Judgment on rehearing rendered and mailed to all parties or counsel of record on June 22, 2023

## REHEARING ACTION: June 22, 2023

**Docket Number: 21   00548-CA**

**HIDDEN GROVE, LLC**
**VERSUS**
**RICHARD A. BRAUNS AND LESLIE BRAUNS**

**Appealed from Lafayette Parish Case No. C-20134910**

**BEFORE JUDGES:**

Hon. Shannon J. Gremillion
Hon. Candyce G. Perret
Hon. Gary J. Ortego

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Hidden Grove, LLC** has this day been

**DENIED.**

cc: Patrick J. Briney, Counsel for the Appellant
Brandon M. Verret, Counsel for the Appellant
Kathryn T. Love, Counsel for the Appellant
Scott M. Richard, Counsel for the Appellant
James Lawrence Bullen, Counsel for the Appellant
Michael Patrick Corry, Sr., Counsel for the Appellant
Lauren L. Gardner, Counsel for the Appellant